UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ERICA A. MANDRELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:23-CV-00178-MKB-RWP ) |
| MARTIN O'MALLEY, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

# JUDGMENT

Pursuant to the Federal Rule of Civil Procedure 58, the Court hereby ENTERS JUDGMENT in favor of the Plaintiff and REVERSES AND REMANDS this matter to the Agency for further administrative proceedings as authorized by the fourth sentence of 42 U.S.C. § 405(g).

SO ORDERED.

Date: 4/18/2024

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: *Michelle G. Landrum*
Deputy Clerk, U.S. District Court